UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-34535 |
|---|---|
| ERNEST B. EVANS | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4010037**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 36/ 70 | AMERICAN TAX FUNDING<br>% MONTOGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON, OH  45422 | 1,695.84 |
| 37/ 71 | AMERICAN TAX FUNDING<br>% MONTOGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON, OH  45422 | 2,742.71 |
| 38/ 72 | AMERICAN TAX FUNDING<br>% MONTOGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON, OH  45422 | 1,316.59 |
| 39/ 73 | AMERICAN TAX FUNDING<br>% MONTOGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON, OH  45422 | 845.42 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/14/2010

Certificate of Service                          07-34535

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

ERNEST B. EVANS
PO BOX 13827
DAYTON, OH  45413

BRIAN C PETROZIELLO
1 MAPLE ST
TROTWOOD, OH  45426

(70.1)
AMERICAN TAX FUNDING
% MONTOGOMERY COUNTY TREASURER
451 W THIRD ST
DAYTON, OH  45422

(70.3)
AMERICAN TAX FUNDING
% JOHN ZOMOIDA JR.
55 PUBLIC SQUIRE  STE 1800
CLEVELAND, OH  44113

(71.1)
AMERICAN TAX FUNDING
% MONTOGOMERY COUNTY TREASURER
451 W THIRD ST
DAYTON, OH  45422

(71.3)
AMERICAN TAX FUNDING
% JOHN ZOMOIDA JR.
55 PUBLIC SQUIRE  STE 1800
CLEVELAND, OH  44113

(72.1)
AMERICAN TAX FUNDING
% MONTOGOMERY COUNTY TREASURER
451 W THIRD ST
DAYTON, OH  45422

(72.3)
AMERICAN TAX FUNDING
% JOHN ZOMOIDA JR.
55 PUBLIC SQUIRE  STE 1800
CLEVELAND, OH  44113

(73.1)
AMERICAN TAX FUNDING
% MONTOGOMERY COUNTY TREASURER
451 W THIRD ST
DAYTON, OH  45422

(73.3)
AMERICAN TAX FUNDING
% JOHN ZOMOIDA JR.
55 PUBLIC SQUIRE  STE 1800
CLEVELAND, OH  44113

(77.1n)
CENLAR FSB
ATTN BANKRUPTCY DEPARTMENT
BOX 77409
EWING, NJ  08618

(67.1n)
HOLLY N WOLF
MANLEY DEAS KOCHALSKI LLC
BOX 165028
COLUMBUS, OH  43216

(69.1n)
JON J LIEBERMAN
LERNER SAMPSON ROTHFUSS
BOX 5480
CINCINNATI, OH  45201

(63.1n)
MOSS CODILIS LLP
CENLAR FSB
ATTN BANKRUPTCY BOX 77409
EWING, NJ  08618

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner                      cs